IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE SAMUEL, et al.,

    Plaintiffs,                                            No. C 05-80247-MISC JSW

    v.

LAS VEGAS SANDS, INC.,                           **ORDER**

    Defendant.

_____/

       The Court, having received Defendant's motion for an order compelling Internet Archive to appear at deposition and to produce electronic records, HEREBY ORDERS that the parties to the dispute follow the undersigned's procedures for resolving discovery disputes. *See* Standing Order ¶ 7.

       All requests for discovery relief must be summarized jointly by the parties in a letter brief not to exceed four pages. The joint letter must attest that, prior to filing the request for relief, counsel met and conferred in person and must concisely summarize those remaining issues that counsel were unable to resolve. The joint letter brief may not be accompanied by declarations; however any specific excerpt of disputed discovery material may be attached. In this regard, the Court will refer to the submissions made in conjunction with the already-filed motion to compel. After receiving the letter, the Court will advise the parties if additional briefing or a hearing will be necessary.

1  The parties are HEREBY ORDERED to meet and confer in person and to submit a joint
2  letter summarizing the remaining issues to be resolved by no later than November 28, 2005.

4  **IT IS SO ORDERED.**

6  Dated:  November 3, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE