Gary A. Hecker, Esq. (Cal. State Bar No. 099008)
James M. Slominski, Esq. (Cal. State Bar No. 166357)
**THE HECKER LAW GROUP**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone:  (310) 286-0377
Facsimile:   (310) 286-0488

Attorneys for:
LAS VEGAS SANDS, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SAMUEL, et. al., | Case Nos.:  C-05-80247-MISC (JSW) |
| Plaintiffs, | [CV-S-03-0986-RLH (RJJ) (Lead Case) CV-S-04-0276-PMP (PAL) pending in the USDC – District of Nevada] |
| v. | **[DISCOVERY MATTER]** |
| LAS VEGAS SANDS, INC., | |
| Defendant. | ~~[PROPOSED]~~ ORDER |
| | **RE:  EX-PARTE APPLICATION FOR ORDER PERMITTING TELEPHONIC OR VIDEOCONFERENCE MEET AND CONFER** |
| AND RELATED ACTIONS | |
| | **HONORABLE JEFFREY WHITE, JUDGE PRESIDING** |

- 1 -
**~~[PROPOSED]~~ ORDER**

1   The Court having reviewed the ex-parte application of Las Vegas Sands, Inc.,

2   and for good cause shown:

3   **IT IS HEREBY ORDERED THAT** the "in person" conference between

4   counsel pursuant to the Court's Order of November 3, 2005 may be conducted by

5   telephone or videoconference.

6   In the future, the parties should file a stipulation where there is no opposition.

7

8

9   Dated: November 14, 2005

10  United States District Judge

11  Honorable Jeffrey White, Presiding

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
[PROPOSED] ORDER

**Proof of Service**

United States District Court - District of Nevada
Case Number: CV-S-03-0986-RLH (RJJ) (base file)
CV-S-04-0276-PMP (PAL)

I am employed in the County of Los Angeles, State of California, over the age of eighteen (18) and not a party to the within action. My business address is: The Hecker Law Group – 1925 Century Park East, Suite 2300 - Los Angeles, California 90067

On November 9, 2005 I caused to be served the following document(s):

[PROPOSED] ORDER RE: EX-PARTE APPLICATION FOR ORDER PERMITTING TELEPHONIC OR VIDEOCONFERENCE MEET AND CONFER

by placing a true copy thereof in a sealed envelope addressed as follows:

*Attorney for Internet Archive*

Esha Bandyopadhyay
PERKINS COIE LLP
180 Townsend Street, 3rd Floor
San Francisco, California 94107-1909
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

| *Attorney for George Samuel, The Sands of the Caribbean Ltd., Peak Entertainment NV, Peak Management Group, Ltd.* | *Attorney for Tasman and Betcorp* |
|---|---|
| Daniel Mark Press | Jerome A. DePalma, Esq. |
| Chung & Press PC | Melanie A. Porter, Esq. |
| 6723 Whittier Ave, Suite 302 | GENTILE DEPALMA, LTD. |
| McLean, VA. 22101 | 3960 Howard Hughes Parkway, #850 |
| Telephone: (703) 734-3800 | Las Vegas, Nevada 89109 |
| Facsimile: (703) 734-0590 | Telephone: (702) 734-2445 |
| | Facsimile: (702) 794-0479 |

**X**   **BY FACSIMILE**
I caused the attached document to be transmitted by facsimile transmission to he office(s) of addressee(s).

**X**   **BY MAIL**
I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

Executed on November 9, 2005 at Los Angeles, California.

**X**   **FEDERAL** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____
Moneeta Kiran

**PROOF OF SERVICE**