IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SAMUEL, et al., | |
| Plaintiffs, | No. C 05-80247-MISC JSW |
| v. | |
| LAS VEGAS SANDS, INC., | **ORDER OF REFERRAL** |
| Defendant. | |

Pursuant to Local Rule 72-1, the motion for an order compelling appearance and production of records and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: November 30, 2005

                                             /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom