UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SAMUEL,<br><br>    Plaintiff(s),<br><br>  v.<br><br>LAS VEGAS SANDS INC.,<br><br>    Defendant(s). | No. C05-80247<br><br>**INITIAL DISCOVERY ORDER** |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers.

1

1  The party seeking discovery shall request a conference in a
2  letter served on all parties not exceeding two pages (with no
3  attachments) which briefly explains the nature of the action
4  and the issues in dispute.  Other parties may reply in similar
5  fashion within two days of receiving the letter requesting the
6  conference.  The Court will contact the parties to schedule
7  the conference.

8      After the conference with the Court, if filing papers is
9  deemed necessary, they should be electronically filed with the
10 Clerk's Office, with one hard copy delivered directly to
11 Chambers (Room 15-6688).  A chambers copy of all briefs shall
12 be submitted on a diskette formatted in WordPerfect 6, 8, 9 or
13 10.  The diskette shall be scanned for virus before
14 submission.

15 Dated: December 1, 2005

*/s/ Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SAMUEL\INITIAL DISCOVERY ORDER.WPD