IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SAMUEL, et al., | |
| Plaintiffs, | No. C 05-80247-MISC JSW |
| v. | |
| LAS VEGAS SANDS, INC., | **ORDER REQUIRING STATUS REPORT** |
| Defendant. / | |

On November 30, 2005, this matter was referred to Magistrate Judge Zimmerman for purposes of resolving Las Vegas Sands' Motion to Compel Internet Archive to Appear at Deposition and Produce Electronic Records. (See Docket Nos. 1, 12.)

The docket in this case indicates that a telephonic discovery conference was set for December 6, 2005. (Docket No. 14.) There has been no further activity in the case. Accordingly, the Court HEREBY ORDERS the parties to submit a joint status report advising the Court as to whether the discovery dispute has been resolved and whether this matter may be terminated. The parties joint status report shall be due by April 27, 2007.

**IT IS SO ORDERED.**

Dated: April 10, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE